

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2019

No. 04-18-00205-CV

Trece **MEUTH**,
Appellant

v.

**CITY OF SEGUIN**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0546-CV-A
Honorable William Old, Judge Presiding

# O R D E R

The appellant's opposed motion to reconsider the denial of oral argument is hereby DENIED.

It is so **ORDERED** on February 12, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court